UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
IN RE: WORLD TRADE CENTER LOWER          21 MC 100
MANHATTAN DISASTER SITE LITIGATION
-----------------------------------X
CHRIS BAIONE,                            07CV 4871

                    Plaintiff,

         - against –

WSP CANTOR SEINUK,

                    Defendant.
---------------------------------X

## NOTICE OF WSP CANTOR SEINUK'S
## ADOPTION OF AMENDED ANSWER TO MASTER COMPLAINT

PLEASE TAKE NOTICE THAT Defendants WSP Cantor Seinuk, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt the Defendants' Amended Answer to Master Complaint, dated January 15, 2008, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 06 CV 12152.

WHEREFORE, WSP Cantor Seinuk Defendant demands judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated:    New York, New York
          June 16, 2008

P:\700\759-133\NOTICE OF ADOPTION FILINGS\Case No.07CV4871-Baione.doc

GOGICK, BYRNE & O'NEILL, LLP


By:  s/Kevin J. O'Neill_____
     Kevin J. O'Neill (KJO-5113)
     Attorneys for Defendants
     WSP Cantor Seinuk
     11 Broadway, Suite 1560
     New York, New York  10004-1314
     (212) 422-9424